FOTIHENRY PLLC
ATTORNEYS
**Buffalo | Syracuse | Albany**
403 Main Street | Suite 225 | Buffalo, NY 14203

October 15, 2026

**<u>Via CM/ECF</u>**
Hon. Mitchell J. Katz, U.S.M.J.
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse NY 13261-7346

**Re: Car-Freshner Corp. and Samann, Ltd. v. Shinesty, Inc.**
**NDNY Civ. Case No.: 5:26-cv-1760 (BKS/MJK)**
**FH File No. HAN 50930**

Your Honor:

On behalf of defendant, SHINESTY, INC. ("Shinesty"), please accept this letter as a request for a two (2) week extension of time to answer or otherwise respond to the complaint filed by plaintiffs, CAR-FRESHNER CORPORATION and JULIAN SAMANN, LTD. ("Plaintiffs").

The current deadline for Defendants to file a response is October 16, 2026. Therefore, I kindly request an extension of that deadline until **October 30, 2026**.

Our office has conferred with Plaintiffs' counsel, and he has consented to this request.

Should you have any questions or require anything further, please let me know.

Respectfully,

FOTI HENRY PLLC

Daniel K. Cartwright, Esq.
DKCartwright@fotihenry.com

DKC:jhp

cc (via ECF/CM): Louis Orbach, Esq.