**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Car-Freshner Corporation and Julius Samann Ltd.

vs.

Shinesty, Inc.

**NOTICE OF APPEARANCE**

Case No.: 5:26cv-1760

**PLEASE TAKE NOTICE THAT,** FOTI HENRY PLLC [David H. Walsh, Esq., of counsel], has been retained by and appears for Shinesty, Inc., ("Defendant") in this action and demands that a copy of any and all pleadings, notices and other papers be served upon the undersigned at The Brisbane Building, 403 Main Street, Suite 225, Buffalo, NY 14203.

**DATED:** October 30, 2026
Albany, New York

**FOTI HENRY PLLC**

**David H. Walsh, Esq.**
Bar Roll No.: 512032
The Brisbane Building
*Attorney for Defendant,*
403 Main Street, Suite 225
Buffalo, New York 14203
T: 716-800-3684
E: DHWalsh@fotihenry.com

**TO:**

*All counsel of records, via CM/ECF*